Dow VROMAN et al., Individually and as Members of the Board of Elections for Niagara County, Appellants, *v.* NORMAN D. FISH, County Judge of Niagara County, Defendant, and THOMAS T. FEELEY, County Clerk of Niagara County, et al., Respondents.

*Vroman* v. *Fish,* 181 App. Div. 502, affirmed.
(Argued February 11, 1918; decided February 26, 1918.)

APPEAL from a judgment, entered January 22, 1918, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. By chapter 202 of the Laws of 1917, entitled " An act to amend the election law in relation to commissioner of elections in Niagara county," the defendants were commanded to meet within five days after the act took effect and appoint a commissioner of elections for Niagara county, which according to the provisions of the act would effect a removal of the plaintiffs from their office as members of the board of elections of said county. Thereafter and before the expiration of

said period of five days the plaintiffs commenced this action. The complaint alleged that said law was a local law, and violated sections 16 and 18 of article 3 of the Constitution; also that it was a special city law and violated section 2 of article 12 thereof in that it was not submitted to the mayors of the cities in said county, and was, therefore, unconstitutional; that the plaintiffs were about to suffer an irreparable injury and prayed for an injunction restraining the defendants from carrying out the mandates of the law. The Special Term held the act to be unconstitutional and granted an injunction.

*Alfred W. Gray* for appellants.

*A. A. Bradley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Hogan, McLaughlin, Crane and Andrews, JJ. Absent: Pound, J.